FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Jerry Cankat,

        Plaintiff,

  - against -

Little Morocco Restaurant Corp.,

        Defendant.
------------------------------------------------------------x

ORDER

No. 15-cv-3437 (NG) (PK)

GERSHON, United States District Judge:

    I have reviewed the report and recommendation ("Report") of United States Magistrate Judge Peggy Kuo. For the reasons comprehensively stated by Judge Kuo, I adopt the Report in its entirety, and the case is dismissed with prejudice.[1]

                              SO ORDERED.

                              /s/ Nina Gershon
                              NINA GERSHON
                              United States District Judge

Dated: September 21, 2017
       Brooklyn, New York

---

[1] On September 1, 2017, plaintiff filed a notice of voluntary dismissal without prejudice. Although filed with the docket number for this case, it identified "Sam Lopez" as the plaintiff. Therefore, I am treating that filing as a nullity.